CLOSED,MDL,PATENT

# U.S. District Court
# District of New Hampshire (Concord)
# CIVIL DOCKET FOR CASE #: 1:26−cv−00613−PB−AJ

ABC IP, LLC et al v. Fudd Arms LLC
Assigned to: Judge Paul J. Barbadoro
Referred to: US Magistrate Judge Andrea K Johnstone
Cause: 35:271 Patent Infringement

Date Filed: 07/27/2026
Date Terminated: 09/25/2026
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**ABC IP, LLC** represented by

**Bryanna Kleber Devonshire**
Sheehan Phinney Bass & Green
145 Maplewood Avenue
Portsmouth, NH 03801
603 627−8109
Email: bdevonshire@sheehan.com
*ATTORNEY TO BE NOTICED*

**Glenn D Bellamy**
Wood, Herron & Evans LLP
600 Vine Street
Suite 2800
Cincinnati, OH 45202
513−241−2324
Fax: 513−241−6234
Email: gbellamy@whe−law.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matt Colvin**
Fish & Richardson
1717 Main St, Ste 5000
Dallas, TX 75201
214−747−5070
Fax: 214−747−2091
Email: colvin@fr.com
*ATTORNEY TO BE NOTICED*

**Robert R. Lucic**
Sheehan Phinney Bass & Green PA
145 Maplewood Avenue
Portsmouth, NH 03801
603 668−0300
Email: rlucic@sheehan.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rare Breed Triggers, Inc.** represented by

**Bryanna Kleber Devonshire**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Glenn D Bellamy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matt Colvin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert R. Lucic**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Fudd Arms LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/27/2026 | Ï 1 | NEW CASE/ COMPLAINT with Jury Demand Filing fee $ 405, receipt number ANHDC−2833495 filed by ABC IP, LLC, Rare Breed Triggers, Inc.. (Attachments: # 1 Exhibit A − US12038247 Blakley 3−pos, # 2 Exhibit B− US12031784 − FRT for AR10, # 3 Exhibit C − US12529538, # 4 Exhibit D − 12578159, # 5 Exhibit E − US10514223 − Rounds FRT, # 6 Exhibit F − US11724003 − Strbac, # 7 Exhibit F − US12036336 − Strbac, # 8 Exhibit H − US12274807 − Strbac, # 9 Exhibit I − US12636403, # 10 Exhibit J − Super Safety Documentation, # 11 Civil Cover Sheet, # 12 Summons − Waiver)(Lucic, Robert) (Entered: 07/27/2026) |
| 07/27/2026 | Ï 2 | Disclosure Statement by ABC IP, LLC, Rare Breed Triggers, Inc. disclosing no parent company, no publicly traded company, and no merger agreement. (Lucic, Robert) (Entered: 07/27/2026) |
| 07/27/2026 | Ï 3 | FILED IN ERROR. REPLACED BY DOC. NO. 11. NOTICE of Attorney Appearance by Bryanna Kleber Devonshire on behalf of ABC IP, LLC, Rare Breed Triggers, Inc. Attorney Bryanna Kleber Devonshire added to party ABC IP, LLC(pty:pla), Attorney Bryanna Kleber Devonshire added to party Rare Breed Triggers, Inc.(pty:pla).(Devonshire, Bryanna) Modified on 8/25/2026 to add: "FILED IN ERROR. REPLACED BY DOC. NO. 11." (kab). (Entered: 07/27/2026) |
| 07/27/2026 | Ï | Case assigned to US Magistrate Judge Andrea K Johnstone. The case designation is: 1:26−cv−613−AJ. Please show this number with the judge designation on all future pleadings. (jmb) (Entered: 07/28/2026) |
| 07/28/2026 | Ï 4 | NOTICE of Assignment to U.S. Magistrate Judge and Consent Form sent to plaintiffs for service on all parties. MJ Consent Form Due 9/16/2026.(jmb) (Entered: 07/28/2026) |
| 07/28/2026 | Ï | NOTICE. This case has been designated for Electronic Case Filing. All further submissions shall be filed in compliance with the Administrative Procedures for Electronic Case Filing. Pro se litigants are not required to file electronically and may continue to file documents in paper format. Persons filing electronically are strongly encouraged to complete the interactive training modules available on the courts website. To access these modules, click HERE. (jmb) (Entered: 07/28/2026) |
| 07/28/2026 | Ï 5 | Summons issued electronically as to Fudd Arms LLC. **NOTICE: Counsel shall print and serve the summons and all attachments in accordance with Fed. R. Civ. P. 4. NOTICE of Assignment to Magistrate Judge attached.** (Attachments: # 1 Assignment to Magistrate, # 2 |

| | | |
|---|---|---|
| | | Notice ECF)(jmb) (Entered: 07/28/2026) |
| 07/28/2026 | Ï 6 | AO 120 Report on the Filing or Determination of an Action Regarding a Patent or Trademark forwarded this date to the Commissioner on Patents and Trademarks, Washington, DC.(jmb) (Entered: 07/28/2026) |
| 07/28/2026 | Ï 7 | MOTION for Glenn Bellamy to Appear Pro Hac Vice (Filing fee $ 100, Receipt # ANHDC−2834430.) filed by ABC IP, LLC, Rare Breed Triggers, Inc..Follow up on Objection on 8/11/2026. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Exhibit (Affidavit) Affidavit of Glenn Bellamy)(Lucic, Robert) (Entered: 07/28/2026) |
| 07/29/2026 | Ï | **ENDORSED ORDER granting 7 MOTION for Glenn Bellamy to Appear Pro Hac Vice. *Text of Order: Granted. Local counsel shall comply with all obligations required by L.R. 83.2(b) absent order of the court.* So Ordered by US Magistrate Judge Andrea K Johnstone.**<br><br>The clerk's office will provide the admitted attorney with instructions on how to obtain access to electronic filing by separate email. The admitted attorney must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of New Hampshire. After obtaining e−filing access, the admitted attorney must file an appearance to begin receiving electronic notices.(kab)<br><br>(Entered: 07/29/2026) |
| 08/04/2026 | Ï 8 | NOTICE of Attorney Appearance by Glenn D Bellamy on behalf of ABC IP, LLC, Rare Breed Triggers, Inc. Attorney Glenn D Bellamy added to party ABC IP, LLC(pty:pla), Attorney Glenn D Bellamy added to party Rare Breed Triggers, Inc.(pty:pla).(Bellamy, Glenn) (Entered: 08/04/2026) |
| 08/06/2026 | Ï 9 | MOTION for Matthew Colvin to Appear Pro Hac Vice (Filing fee $ 100, Receipt # ANHDC−2839784.) filed by ABC IP, LLC, Rare Breed Triggers, Inc..Follow up on Objection on 8/20/2026. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Exhibit (Affidavit) of Matthew Colvin)(Lucic, Robert) (Entered: 08/06/2026) |
| 08/10/2026 | Ï | **ENDORSED ORDER granting: 9 MOTION for Matthew Colvin to Appear Pro Hac Vice. *Text of Order: Granted. Local counsel shall comply with all obligations required by L.R. 83.2(b) absent order of the court.* So Ordered by US Magistrate Judge Andrea K Johnstone.**<br><br>The clerks office will provide the admitted attorney with instructions on how to obtain access to electronic filing by separate email. The admitted attorney must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of New Hampshire. After obtaining e−filing access, the admitted attorney must file an appearance to begin receiving electronic notices.(bd)<br><br>(Entered: 08/10/2026) |
| 08/17/2026 | Ï 10 | NOTICE of Attorney Appearance by Matt Colvin on behalf of ABC IP, LLC, Rare Breed Triggers, Inc. Attorney Matt Colvin added to party ABC IP, LLC(pty:pla), Attorney Matt Colvin added to party Rare Breed Triggers, Inc.(pty:pla).(Colvin, Matt) (Entered: 08/17/2026) |
| 08/25/2026 | Ï 11 | NOTICE of Attorney Appearance by Bryanna Kleber Devonshire on behalf of ABC IP, LLC, Rare Breed Triggers, Inc. *amended to replace docket entry #3* (Devonshire, Bryanna) (Entered: 08/25/2026) |
| 09/04/2026 | Ï 12 | NOTICE of Notice Re Multidistrict Litigation Filing by ABC IP, LLC, Rare Breed Triggers, Inc.. (Attachments: # 1 Exhibit Part 1 Mot to Transfer and Resp, # 2 Exhibit Part 2 Motion to Transfer and Resps, # 3 Exhibit Part 3 Mot to Transfer and Resps, # 4 Exhibit Part 4 Partisan Resp, # 5 |

| | | |
|---|---|---|
| | | Exhibit Part 5 TO−1, # 6 Exhibit Part 6 CTO, # 7 Exhibit Part 7 TO−2, # 8 Exhibit Part 8 NOTA)(Lucic, Robert) (Entered: 09/04/2026) |
| 09/08/2026 | Ï 13 | MDL − Notice of Filing, copy of the docket sheet, and a copy of the complaint sent to the MDL Panel for review. MDL Follow Up Deadline set for 11/9/2026. (Attachments: # 1 Copy of Complaint, # 2 Copy of Docket Sheet, # 3 Copy of Notice of MDL Filing)(jmb) (Entered: 09/08/2026) |
| 09/10/2026 | Ï 14 | WAIVER OF SERVICE Returned Executed as to Fudd Arms LLC by ABC IP, LLC, Rare Breed Triggers, Inc.. Served/Mailed on 8/28/2026. Answer Follow Up on 10/30/2026. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Lucic, Robert) (Entered: 09/10/2026) |
| 09/10/2026 | Ï 15 | ORDER MDL No. 2 re: conditional transfer to Eastern District of Texas. Stay is lifted as no objection to the transfer was filed with the Panel. MDL No. 3176 (kab) (Entered: 09/10/2026) |
| 09/10/2026 | Ï 16 | NOTICE of Stipulation Regarding Deadlines by ABC IP, LLC, Rare Breed Triggers, Inc.. (Attachments: # 1 Exhibit Stipulation)(Lucic, Robert) (Entered: 09/10/2026) |
| 09/16/2026 | Ï 17 | NO CONSENT to Jurisdiction by U.S. Magistrate Judge. Because not all parties to the case consent to the assignment of a United States Magistrate Judge for all purposes including trial, pursuant to Fed. R. Civ. P. 73, 28 U.S.C. sec. 636(c), and Local Rule 73.1(b)(2), the case will be assigned to a United States District Judge. Clerk Tracy A. Uhrin. (Colvin, Matt) (Entered: 09/16/2026) |
| 09/17/2026 | Ï | Case reassigned to Judge Paul J. Barbadoro. The new case designation is: 26−cv−613−PB−AJ. Please show this number with the correct judge designation on all further pleadings.(kab) (Entered: 09/17/2026) |
| 09/25/2026 | Ï 18 | ORDER MDL FINAL ORDER case is transferred to Eastern District of Texas for proceedings pursuant to 28 USC 1407. MDL No. 3176. (jwb) (Entered: 09/25/2026) |
| 09/25/2026 | Ï | Civil Case Terminated. (jwb) (Entered: 09/25/2026) |
| 09/25/2026 | Ï 19 | AO 120 Report on the Filing or Determination of an Action Regarding a Patent or Trademark forwarded this date to the Commissioner on Patents and Trademarks, Washington, DC.(jwb) (Entered: 09/25/2026) |